# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

United States of America,

                          Plaintiff,

vs.

Carla Jo Mires,

                          Defendant(s).

Case Number: 18-cr-135-CVE
Proceeding: Asset Hearing
Date: 12-18-2019
Time: 9:30 a.m.

### MINUTE SHEET

Paul J. Cleary, U.S. Magistrate Judge      S. Turner, Deputy Clerk      C2, Reporter

Counsel for Plaintiff: Vani Singhal

Counsel for Defendant:

**Minute:**

[ ]     Defendant sworn. Asset hearing conducted and continued to _____ at 9:30 a.m. Defendant is recognized back on that date.

[ ]     Asset Hearing Stricken.

[ ]     Asset Hearing passed to _____ at 9:30 a.m.

[ ]     Defendant did not appear as ordered. Clerk of Court directed to issue Body Attachment.

[x]     Defendant did not appear as ordered. Assistant United States Attorney requested a Body Attachment. Upon proof of service, Clerk of Court will be directed to issue Body Attachment.

[ ]     Defendant appeared in response to Body Attachment, was sworn, asset hearing conducted and continued to _____ at 9:30 a.m.

[ ]     Body Attachment withdrawn at request of Assistant United States Attorney.

[ ]     Body Attachment withdrawn by Order of Magistrate Judge.

[ ]     Defendant requested continuance; Assistant United States Attorney does not object; continuance granted. Defendant ordered to reappear on _____ at 9:30 a.m.