# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br>vs.<br><br>Carla Jo Mires,<br>            Defendant. | Case No.: 18-cr-135-CVE<br>Proceeding: Asset Hearing<br>Date: 10/20/2021<br>Time:<br><br>**MINUTE SHEET** |

Christine D. Little, U.S. Magistrate Judge  T. Calico, Deputy Clerk    Magistrate Courtroom 2

Court Room #:
Counsel for Plaintiff: Vani Singhal
Counsel for Defendant: _____,

**MINUTE:**

☒ Defendant sworn. Asset hearing conducted and continued to  3/16/2022  at 9:30 a.m. Defendant is recognized back on that date.
☐ Asset Hearing Stricken.
☐ Asset Hearing passed to _____ at 9:30 a.m.
☐ Defendant did not appear as ordered. Clerk of Court directed to issue Body Attachment.
☐ Defendant did not appear as ordered. Assistant United States Attorney requested a Body Attachment. Upon proof of service, Clerk of Court will be directed to issue Body Attachment.
☐ Defendant appeared in response to Body Attachment, was sworn, asset hearing conducted and continued to _____ at 9:30 a.m.
☐ Body Attachment withdrawn at request of Assistant United States Attorney.
☐ Body Attachment withdrawn by Order of Magistrate Judge.
☐ Defendant requested continuance; Assistant United States Attorney does not object; continuance granted. Defendant ordered to reappear on _____ at 9:30 a.m.