IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-CR-135-CVE |
| ) | |
| CARLA JO MIRES A/K/A DUNN, ) | |
| ) | |
| Defendant. ) | |

### ORDER RESETTING HEARING

The Court, having reviewed the Motion to Reset Asset Hearing, doc. #22 and its supplement, doc. #24, hereby orders you, Carla Jo Mires a/k/a Dunn, to appear in person and answer concerning your property and assets before Magistrate Judge Huntsman of the United States District Court for the Northern District of Oklahoma, at 333 West Fourth Street, U.S. Courthouse, on May 18, 2022, at 9:30 a.m., in Courtroom #2 located on the third floor of the Courthouse.

DATED this 14th day of March 2022.

SUSAN E HUNTSMAN
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF OKLAHOMA